IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AL-MON JUMOKE JOHNSON,**<br>Plaintiff,<br>**v.**<br>**OFFICER MORE, et al.,**<br>Defendants. | Case No. 2:26-cv-00475 DAD CSK P<br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant moved this Court to extend time to file a responsive pleading by 45 days, up to and including November 12, 2026. The Court has read and considered Defendant's request and the accompanying declaration of counsel and finds good cause exists to grant the request. Defendant's request for an extension of time to file a responsive pleading (ECF No. 19) is GRANTED. The last day Defendant may file a responsive pleading is November 12, 2026.

IT IS SO ORDERED.

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

John475.eot/2